UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

**DAVID NICHOLAS DEMPSEY,**

    **Appellant,**

**v.**                                                     **CASE NO.: 24-3104**

**UNITED STATES OF AMERICA,**

    **Appellee.**

_____

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE INITIAL BRIEF**

Appellant, David Nicholas Dempsey, by and through undersigned counsel and pursuant to Federal Rule of Appellate Procedure 26(b), hereby moves this Honorable Court to enter an order extending the time in which to file his Initial Brief and the Appendix by one hundred and twenty (120) days for good cause shown. In support thereof, Appellant states:

    1.    On August 14, 2024, Appellant filed his Notice of Appeal, which was transmitted on August 22, 2024 (Doc. 2071372).

    2.    By Order of this Court dated September 11, 2024, the Appellant's Initial Brief and the Appendix is due November 12, 2024. (Doc. 2074203).

    3.    At the beginning of August 2024, counsel, who is a solo practitioner, had a family medical emergency (involving a potentially life-saving surgery) which required significant time and attention up until just a few weeks ago. Counsel was

1

also recently very ill with the flu, which was then followed by a respiratory illness from which counsel is still suffering lingering symptoms; both illnesses required counsel to take periods of leave from work.[1]

4.  During this time, counsel has been preparing for three (3) separate back-to-back trials in multi-count and/or multi-defendant complex cases (each anticipated to go for about a month, if not longer), two (2) of which counsel is lead counsel (and the only counsel). Additionally, among other case-related tasks in her various matters, counsel has been briefing a comprehensive motion to reconsider a motion to dismiss addressing various complex issues (some of first impression in this Circuit or otherwise), briefing a habeas appeal in another jurisdiction, briefing comprehensive sentencing filings (some addressing issues of first impression in this Circuit), and briefing various other intensive substantive filings over the past few months (into today). Counsel estimates that, in addition to her other case-related tasks, she has briefed well over 600 pages since the beginning of August 2024.

5.  The extension requested is to allow for the time needed to adequately prepare Appellant's Initial Brief and the Appendix.

---

[1] Because of the health circumstances counsel has been facing, she mixed up the date by which she needed to submit a motion to extend the deadline. (She has also been having technical issues this week with saving PDFs in a format that will be accepted by the ECF system, which delayed her submission a bit further.) Counsel sincerely apologizes and asks that this motion be treated as timely filed given the circumstances.

6. The specific amount of time requested accounts for counsel's case-related scheduling conflicts/preexisting commitments. While one of the aforementioned trial dates was vacated about a week ago (and will likely be reset at the end of the year following a motion's hearing), one trial is set for December 2024 and the other, which has an intensive briefing schedule set for early in 2025, is set for May 2025. Additionally, counsel has a sentencing set in December 2024 and two (2) set in February 2025.

7. Moreover, this extension request is also aimed to accommodate the resolution of outstanding state post-conviction and/or appeal matters. The outstanding matter were addressed for purposes of sentencing at the District Court. Specifically, we asked the District Court to, *inter alia*, give effect to the post-conviction/appellate efforts or, alternatively, to hold the sentence in abeyance for those matters to be resolved. Given the issues raised for purposes of sentencing and the District Court's sentencing justifications, we believe these post-conviction cases should be resolved prior to submitting an Initial Brief and the Appendix. (For purposes of transparency, while a determination in one of the matters is set to take place on November 19, 2024, because the timeline for the habeas appeal in another matter is unclear at present, counsel may request another extension from this Court.)

8. Further, this extension request also considers that Appellant's case is a January 6 case. As this Circuit is certainly aware, President-Elect Donald J. Trump

3

has indicated at various junctures that he intends to pardon individuals who have been convicted in relation to the events of January 6, 2021. Given the high-profile nature of Appellant's case (even compared to other January 6 defendants) and the fact that he received the second longest January 6 sentence, if pardons are in fact issued, Appellant might be viewed as one of the more appropriate candidates for such relief.

    9.    This request will not unduly prejudice the rights of either party.

    10.    Undersigned counsel has conferred with Elizabeth H. Danello, Assistant Chief of the Appellate Division and counsel for the Appellee, who has authorized the undersigned to represent that the Appellee does not oppose the extension sought herein.

    11.    This motion is made in good faith and not for the purpose of undue delay, and good cause for the requested extension is set forth above.

WHEREFORE, Appellant, David Nicholas Dempsey, respectfully requests this Honorable Court enter an Order granting an extension of time of one hundred and twenty (120) days to file Appellant's Initial Brief and the Appendix in this case up to and including March 12, 2025.

Respectfully submitted,

__/s/ Amy C. Collins_____
Amy C. Collins
Bar No. 64015
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for David Nicholas Dempsey*

## **<u>CERTIFICATE OF COMPLIANCE</u>**

Undersigned counsel certifies that the size and style of type used in this motion is 14-point Times New Roman and that this document contains 866 words, excluding the parts of the motion exempted by FED. R. APP. P. 32(f).

                                                      Respectfully submitted,

                                                      __/s/ Amy C. Collins_____
                                                      Amy C. Collins
                                                      *Counsel for David Nicholas Dempsey*

Dated: November 9, 2024

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on November 9, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system which will serve a notice of electronic filing on counsel of record.

                    Respectfully submitted,

                    __/s/ Amy C. Collins_____
                    Amy C. Collins
                    *Counsel for David Nicholas Dempsey*